IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBORA L. LAMB,**<br>　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**MONTGOMERY TOWNSHIP,**<br>**LAWRENCE J. GREGAN, KEVIN**<br>**COSTELLO AND THREE JOHN AND**<br>**THREE JANE DOES ,**<br>　　　　　**Defendants.** | CIVIL ACTION<br><br><br><br>NO.  15-6759 |

# O R D E R

　　　**AND NOW**, this 23rd day of December, 2016, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 40) and the response thereto, Defendants' Motion to Strike the Declaration of Brogna (ECF No. 49) and the response thereto; and Defendants' Motion to Preclude Testimony of Plaintiff's Expert Maria Brogna (ECF No. 39) and the response thereto, **IT IS HEREBY ORDERED** that:

(1) The Motion to Strike the Declaration of Brogna is **GRANTED** with respect to her proposed expert testimony and **DENIED** with respect to any factual assertions made in the Declaration;

(2) The Motion to Preclude Testimony of Plaintiff's Expert Maria Brogna is **DISMISSED AS MOOT**;

(3) The Motion for Summary Judgment is **GRANTED**;

(4) **JUDGMENT IS ENTERED IN FAVOR** of Defendants, and **AGAINST** Plaintiff; and

(5) The Clerk of Court is directed to close this case.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　/s/ Wendy Beetlestone
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**